UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                Case No.: 12-26177 RBR
                                                                              CHAPTER 7
EVELYN, JAMES
EVELYN, DONNA
           DEBTOR(S)       /

### REPORT OF ABANDONMENT

A meeting of creditors, pursuant to 11 U.S.C. Section 341 (a), was held on 08/06/12 in the United States Bankruptcy Court, 299 East Broward Blvd., Room 411, Ft. Lauderdale, Florida 33301 at which time SONYA L. SALKIN, TRUSTEE abandoned the following property as being of no value to the estate:

**SHOTGUN**

I HEREBY CERTIFY that a copy of this Notice was mailed to the debtor, debtor's attorney, secured creditor(s) and the U.S. Trustee on September 6, 2012.

Signed:            /s/
*SONYA L. SALKIN, TRUSTEE*

SONYA L. SALKIN, TRUSTEE
1776 N. PINE ISLAND ROAD
SUITE 218
PLANTATION, FL 33322
(954) 423-4469
sls@msbankrupt.com